# EXHIBIT A

CO.   FILE   DEPT.   CLOCK  NUMBER   052
SEL  001192  015  00          000010517  0

**Earnings Statement**

**ADP**

KRAMERBOOKS & AFTERWORDS
1517 CONNECTICUT AVENUE N.W.
WASHINGTON, D.C. 20036

Period Ending:      01/29/2012
Pay Date:           02/03/2012

GUILLERMO  BENITEZ
8609  11TH  AVE
SILVER  SPRING, MD  20903

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:        1
    MD:             1 MD Cnty Default Tax

Social Security Number:  XXX-XX-1192

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg Hr | 14.0000 | 40.00 | 560.00 | |
| Gross Pay | | | $560.00 | 1,120.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 202-387-3825

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -58.47 | 116.94 |
| | Social Security Tax | -23.52 | 47.04 |
| | Medicare Tax | -8.12 | 16.24 |
| | MD State Income Tax | -36.57 | 73.14 |
| | **Other** | | |
| | Garn 2 | -71.54 | |
| | **Net Pay** | $361.78 | |

Your  federal  taxable  wages  this  period  are  $560.00

© 2000 ADP, Inc.

**KRAMERBOOKS & AFTERWORDS/THE CAFE**
**CAFE ACCOUNT**

Case 3:14-cv-00780-TSC   Document 1-1   Filed 05/07/14   Page 3 of 7

Guillermo Beneitez

5125 · Casual Labor          we 1/29                    1/29/2012          96.00

7 Horas

PNC - Cafe Checking                                                        96.00

CO    FILE    DEPT.   CLOCK   NUMBER   052
BEL   001192  915104          0000105258

# Earnings Statement

ADP®

KRAMERBOOKS & AFTERWORDS
1517 CONNECTICUT AVENUE N.W.
WASHINGTON, D.C. 20036

Period Ending:  02/05/2012
Pay Date:       02/10/2012

GUILLERMO  BENITEZ
8609  11TH  AVE
SILVER  SPRING, MD  20903

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:      1
    MD:           1 MD Cnty Default Tax

Social Security Number:  XXX-XX-1192

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg Hr | 14.0000 | 40.00 | 560.00 | |
| Gross Pay | | | $560.00 | 1,680.00 |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 202-387-3825

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -58.47 | 175.41 |
| | Social Security Tax | -23.52 | 70.56 |
| | Medicare Tax | -8.12 | 24.36 |
| | MD State Income Tax | -36.57 | 109.71 |
| | **Other** | | |
| | Garn 2 | -71.54 | |
| | Net Pay | $361.78 | |

Your federal taxable wages this period are $560.00

©1999, 2006. ADP, Inc.  All Rights Reserved.

TEAR HERE

**KRAMERBOOKS & AFTERWORDS/THE CAFE**

8224

**CAFE ACCOUNT**

Guillermo Beneitez

2/5/2012

5125 · Casual Labor                we 2/5                168.00

*17 Horα*

PNC - Cafe Checking                              168.00



# Earnings Statement



**KRAMERBOOKS & AFTERWORDS**
**1517 CONNECTICUT AVENUE N.W.**
**WASHINGTON, D.C. 20036**

Period Ending:      02/12/2012
Pay Date:           02/17/2012

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:           1
  MD:                1 MD Cnty Default Tax

**GUILLERMO  BENITEZ**
**8609  11TH  AVE**
**SILVER  SPRING, MD  20903**

Social Security Number: XXX-XX-1192

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg Hr | 14.0000 | 40.00 | 560.00 | |
| Gross Pay | | | $560.00 | 2,240.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -58.47 | 233.88 |
| | Social Security Tax | -23.52 | 94.08 |
| | Medicare Tax | -8.12 | 32.48 |
| | MD State Income Tax | -36.57 | 146.28 |
| | **Other** | | |
| | Garn 2 | -71.54 | |
| | **Net Pay** | **$361.78** | |

**Important Notes**
YOUR COMPANY'S PHONE NUMBER IS 202-387-3825

Your federal taxable wages this period are $560.00

©1998, 2006, ADP, Inc. All Rights Reserved

© 2000 ADP, Inc.

TEAR HERE

**KRAMERBOOKS & AFTERWORDS/THE CAFE**
**CAFE ACCOUNT**

8241

| | | | | 2/12/2012 | 194.00 |

Guillermo Beneitez

5125 · Casual Labor                    we 2/12

14 Horas

PNC - Cafe Checking                                        194.00