IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GUILLERMO BENITEZ** | * |
| **Plaintiff** | * |
| | *   Case No.: 1:14-cv-00780-TSC |
| v. | * |
| **KRAMERBOOKS & AFTERWORDS, INC., et al.** | * |
| **Defendants.** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL

The parties to this action, by and through their undersigned counsel, move this Court for the approval of the Settlement Agreement and General Release. In support of this Motion the Parties state:

1. This is an action seeking the recovery of overtime compensation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* As such, no waiver, release, or settlement entered into by and between the parties is final, binding, and enforceable in the absence of court approval. *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350 (11th Cir. 1982). *See also Taylor v. Progress Energy, Inc.*, 493 F.3d 454 (4th Cir. 2007) (collecting FLSA waiver authority, including *Barrentine v. Arkansas-Best Freight Systems*, 450 U.S. 728, 740 (1981)).

2. Plaintiff Guillermo Benitez and Defendants Kramerbooks & Afterwords, Inc. and Henry Posner ("Defendants") stipulate they have reached a settlement in this matter that is a fair and equitable settlement of a disputed claim for allegedly unpaid overtime wages, as well as a

-2-

common law claim for negligent misrepresentation.  A copy of the Settlement Agreement and General Release, with the settlement amount redacted, is attached as Exhibit "A."

3. Plaintiff has not pursued this matter as a collective action; no other plaintiff or prospective plaintiff has sought to intervene in this action, or indicated a desire to do so; and no notices have been requested or approved to persons who may be similarly situated to the plaintiff.  Therefore, no other person will be prejudiced by approval of this settlement and dismissal of this action.

4. Plaintiff stipulates that the Defendants have offered and agreed to pay Plaintiff an amount that exceeds the amount of overtime and other wages that Plaintiff claims is owed under the Fair Labor Standards Act ("FLSA") and sought in this civil action. Defendants have also agreed to pay separately negotiated attorneys' fees and costs to Plaintiff's attorneys in an amount that the Plaintiff agrees is reasonable. The attorney fees component of the settlement is based on the time incurred by Plaintiff's counsel and does not reduce the amount of overtime and other wages claimed and recovered by Plaintiff. Plaintiff also agrees that, subject to enforcement of the Agreement and these payments, his case is moot.

5. Based on the foregoing, the Parties request that this Court approve the Settlement Agreement and General Release as required by applicable precedent and dismiss the case, with prejudice, with each party to bear its own fees and costs.  The parties further request that the Court retain jurisdiction over this action and the settlement thereof.

6. A copy of a proposed Order is attached.

Dated: September 5, 2014

-2-

Respectfully submitted,

*/s/ Stephen B. Lebau*  
Stephen B. Lebau, Esq.  
sl@joblaws.net  
LEBAU & NEUWORTH, LLC  
606 Baltimore Avenue- #201  
Baltimore, Maryland 21204  
Telephone: (410) 296-3030  
Facsimile: (410) 296-8660  

*Attorney for Plaintiff,*  
*Guillermo Benitez*

*/s/ Robert L. Duston*  
Robert L. Duston  
rduston@saul.com  
SAUL EWING LLP  
1919 Pennsylvania Avenue, N.W.  
Suite 550  
Washington, D.C. 20006  
Telephone: (202) 342-3415  
Facsimile: (202) 295-6710  

*Attorney for Defendants,*  
*Kramerbooks & Afterworlds, Inc. and*  
*Henry Posner*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing **JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND STIPULATION OF DISMISSAL** was served via the Court's ECF system on this 5th day of September, 2014, on:

Stephen B. Lebau, Esq.
LEBAU & NEUWORTH, LLC
606 Baltimore Avenue- #201
Baltimore, Maryland 21204

*Attorney for Plaintiff,*
*Guillermo Benitez*

/s/ Robert L. Duston
Robert L. Duston
SAUL EWING LLP
1919 Pennsylvania Avenue, N.W.
Suite 550
Washington, D.C. 20006
Telephone: (202) 342-3415
Facsimile: (202) 295-6710
rduston@saul.com

*Attorney for Defendants,*
*Kramerbooks & Afterworlds, Inc. and*
*Henry Posner*